**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6834**

———————

CHARLES D. BRYANT, JR.,

                                        Petitioner - Appellant,

        versus

RONALD   J.   ANGELONE,   Director;   DAVID   A.
GARRAGHTY, Warden,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  David G. Lowe, Magistrate Judge.
(CA-00-608-3)

———————

Submitted:  September 20, 2001      Decided:  September 27, 2001

———————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles D. Bryant, Jr., Appellant Pro Se.  Linwood Theodore Wells,
Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles D. Bryant, Jr., seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. <u>Bryant v. Angelone</u>, No. CA-00-608-3 (E.D. Va. Apr. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (1994) and Fed. R. Civ. P. 73.

2